UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN  (#787263),

      Plaintiff,

v.

STATE OF MICHIGAN, et al.,[1]

      Defendants.

_____/

Case No. 4:24-cv-11105

District Judge Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT REPONSE (ECF NO. 56)

Plaintiff's motion to supplement his response to Defendants' motion for summary judgment (ECF No. 56) is **GRANTED** and shall be treated as a supplemental response, without need for him to file it separately.  His combined response and supplemental response remain well within the page limitations permitted for responding to a motion.  Defendants' time for filing a reply is **HEREBY EXTENDED** to **July 17, 2026**.  No further responses or sur-replies from Plaintiff will be permitted.  It is **SO ORDERED**.

Dated:  June 18, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

1